TOWER BRAND AND
ASSOCIATES, PLLC
7047 E. Greenway Parkway, Ste 250
Scottsdale, Arizona 85254
VOICE:       602-692-9609
FACSIMILE: 602-296-0450

Philip C. Tower, Esq. (#002461)
pctower@tower-law.com
Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| IN RE | Chapter 11 |
|---|---|
| Marvin Edward Class and Brenda Lee Class | No. 2:09-bk-30256-RJH |
| Debtors. | NOTICE OF INTENT TO ABANDON PER LOCAL RULE 6007-1(c)(1) |

**PLEASE TAKE NOTICE** that the debtor in possession intends to abandon the following property (the "Subject Property"):

LOT 41, OF SONORAN MOUNTAIN RANCH PARCEL 10, ACCORDING TO THE PLAT OF RECORD IN OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA IN BOOK 691 OF MAPS, PAGE 1.

for the reason that the Subject Property is burdensome to the estate in that it is a single family home on less than 2.5 acres and of inconsequential value and benefit to the estate in that the encumbrances thereon far exceed the value.

**Your rights may be affected. You should read this carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you desire to object to the abandonment, you must file your objection, specifying the reasons therefor, with the Court and serve a copy upon the undersigned at the address set forth below on or before the expiration of fifteen (15) days from the

mailing of this notice.

Unless you file and serve a timely objection, the abandonment may be authori[zed]
without further notice or a hearing.

Dated: 11-23-09

                            DEBTOR-IN-POSSESSION

*/s/ Marvin Edward Class*
Marvin Edward Class

*/s/ Brenda Lee Class*
Brenda Lee Class

**RESPECTFULLY SUBMITTED** this 3rd day of ~~November~~ December, 2009.

                            TOWER BRAND AND ASSOCIATES, PLLC

*/s/ Philip C. Tower*
Philip C. Tower, Esq.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

| | |
|---|---|
| 1 | COPY<br>delivered/mailed |
| 2 | this 5th day of December, 2009<br>to: |
| 3 | |
| 4 | Everhome Mortgage Company<br>c/o Everhome Mortgage Company/Fidelity |
| 5 | 8100 Nations Way<br>Jacksonville, FL 32256 |
| 6 | Michael A Bosco, Jr.<br>Tiffany & Bosco PA |
| 7 | 2525 E Camelback Rd 3rd Fl<br>Phoenix, AZ 85016-4237 |
| 8 | |
| 10 | By: _[signature]_ |